FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY -8 AM 9: 42
CLERK C Adams
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Case No. 1:15-CV-00063-JRH-BKE

iBUDDY CLUB INC.

Plaintiff

vs.

RONALD PERRY and INTEGRITY GIVING LLC.

Defendants

Appearing on behalf of

<u>iBUDDY CLUB INC.,</u>
Plaintiff

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, Petitioner's request to *appear pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 4th day of May, 2015.

_____
United States District/Magistrate Judge

\*\*\*\*\*

NAME OF PETITIONER:    R. Stephen Griffis
2100 Riverhaven Drive, Suite 1
Hoover, AL 35244
Tel: (205) 402-7476
Fax: (205) 40-7292
Email: rsglaw@bellsouth.net