IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
iBUDDY CLUB, Inc.,            *
                              *
        Plaintiff,            *
                              *
    v.                        *       CV 115-063
                              *
RONALD PERRY, and INTEGRITY   *
GIVING LLC,                   *
                              *
        Defendants.           *
```

O R D E R

Presently pending before the Court is the parties' Joint Motion to Stay Proceedings. (Doc. 32.) The parties request that the Court stay proceedings and indicate that a stay will facilitate the resolution of the matter. Upon due consideration, the Court **ORDERS** that this case shall be **STAYED** until **OCTOBER 28, 2015**, except that all deadlines for pending motions shall remain unchanged. The Court **DIRECTS** the parties to file a status report by **5:00 P.M.** on **WEDNESDAY, OCTOBER 28, 2015**. Moreover, if the parties fail to resolve this matter by October 28, the Court **DIRECTS** the parties to file their required Rule 26 report by **MONDAY, NOVEMBER 9, 2015**.

**ORDER ENTERED** at Augusta, Georgia this 21st day of September, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA