IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

iBUDDY, CLUB, INC., *
 *
    Plaintiff, *
 *
v. * CV 115-063
 *
RONALD PERRY and *
INTEGRITY GIVING, LLC, *
 *
    Defendants. *

**O R D E R**

This cause comes before the Court on its own initiative. On September 21, 2015, the Court, at the request of the parties, stayed this case until October 28, 2015. (Doc. 34.) Pursuant to that Order, the parties filed a status report on October 28, in which they indicated they had reached a settlement agreement. (Doc. 36.) The parties further represented that they would file a stipulation of dismissal by November 6, 2015. (Doc. 36.) However, the parties have not filed a stipulation with the Court. Accordingly, the Court **ORDERS** that the parties file either a status report updating the Court on settlement negotiations or a stipulation of dismissal by **JANUARY 4, 2016**.

**ORDER ENTERED** at Augusta, Georgia this 18th day of December, 2015.

                                      HONORABLE J. RANDAL HALL
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF GEORGIA